1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY PAULUS,                             CASE NO. CV-F-07-655-LJO-WMW

              Plaintiff,          **ORDER   CONTINUING   AUGUST   10,   2007
                                  HEARING TO AUGUST 24, 2007** ____

     vs.
                                  Motion Hearing
                                  Date:   August 24, 2007
PACIFIC SANDS, INC,               Time:   8:30am
                                  Courtroom: 4 (LJO)

              Defendant.
                                /

     On July 24, 2007, Defendant submitted a letter indicating that the parties stipulate to and request

a continuance of Plaintiff's Motion to Dismiss from August 10, 2007 to Friday, August 24, 2007.  The

grounds for the continuance is that counsel of record for Defendant/Counter-Complainant will be out

of the office from August 2, 2007 to August 17, 2007.    For good cause showing, the hearing on the

motion to dismiss is CONTINUED from August 10, 2007 to August 24, 2007 at 8:30 a.m in Courtroom

4 (LJO).  The Opposition and Reply papers will be in accordance with the Federal Rules of Civil

Procedure and applicable Local Rules based on the new hearing date.

IT IS SO ORDERED.

**Dated:    July 25, 2007**          _____/s/ Lawrence J. O'Neill_____
                                     UNITED STATES DISTRICT JUDGE

1