1
2
3
4
5
6
7               **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                   **EASTERN DISTRICT OF CALIFORNIA**

9    STANLEY PAULUS,                    )      1:07-cv-655 GSA
                                        )
10                  Plaintiff,          )
                                        )      ORDER DISMISSING ACTION
11                                      )
           vs.                          )
12                                      )
     PACIFIC SANDS, INC., a Nevada      )
13   corporation,                       )
                                        )
14                  Defendants,         )
     _____)
15                                      )
     AND RELATED COUNTER-CLAIM.         )
16   _____)

17

18         As per the stipulation filed by the parties on filed on October 14, 2010, the complaint

19   and the counterclaim are DISMISSED with prejudice pursuant to Rule 41(a)(1) of the

20   Federal Rules of Civil Procedure. (Doc. 36).  Each side to bear their own costs.  The Clerk of

21   the Court is directed to close this case.

22         IT IS SO ORDERED.

23   **Dated:**   **October 19, 2010**              _____**/s/ Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28                                    1